THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 20, 2007



_____
Honorable Pamela Pepper
United States Bankruptcy Judge

United States Bankruptcy Court
U.S. Courthouse, Room 126
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

_____

In Re:                                Chapter 13 Bankruptcy Case
    MICHAEL J. GROSS
    KIM M. GROSS
                                        Case No. 07-24520 - PP
Soc. Sec. No. xxx-xx-5513
           xxx-xx-3625

_____

**ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR**

_____

To: MICHAEL J. GROSS & KIM M. GROSS above named debtor(s):

IT IS ORDERED THAT:

    1. You shall immediately commence paying the sum of **$782.00 MONTHLY**, to the Chapter 13 Trustee.

    2. Your remittance shall be made payable to the Chapter 13 Trustee and shall be

made by money order, cashier's check, certified check or the equivalent, and not by personal check or cash.  **INCLUDE YOUR NAME AND CHAPTER 13 CASE NUMBER WITH EACH REMITTANCE AND MAIL TO:**

**CHAPTER 13 TRUSTEE**

**P.O. BOX 730**

**MEMPHIS, TN  38101-0730**

3.  This Order supersedes any previous order for payment in this case.

Debtor(s):
MICHAEL J. GROSS  & KIM M. GROSS
2956 NORTH 91ST STREET
MILWAUKEE,  WI  53222

Debtor(s) Attorney:
LEGAL HELPERS
611 NORTH BROADWAY AVE. SUITE 405
MILWAUKEE, WI  53202-


Chapter 13 Trustee
740 N Plankinton Ave #400
Milwaukee, WI 53203
Telephone (414) 271-3943
Fax (414) 271-9344                                                                         June 19, 2007

#######