UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
MICHAEL J. GROSS                          Chapter 13 Bankruptcy
KIM M. GROSS                              Case No. 07-24520 - PP

---

## NOTICE AND MOTION TO DISMISS - CONFIRMED PLAN

---

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Mary B. Grossman, pursuant to 11 U.S.C. 1307 (c), does hereby move the Court for an Order dismissing this case, for cause, including;

### *Failure to make payments necessary to fund the plan as required by 11 USC 1326.*

The Trustee further moves for an Order authorizing the distribution of the funds being held by the Trustee pursuant to the confirmed Plan as and for adequate protection for the creditors.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, should you have one in this bankruptcy. (If you do not have an attorney, you may wish to consult one).**

**ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202, AND A COPY MAILED TO THE TRUSTEE, WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING RELIEF.**

Dated April 19, 2010 at Milwaukee Wisconsin.


/s/_____
Mary B. Grossman, Chapter 13 Standing Trustee
Rebecca Rogers Garcia, Staff Attorney
Jack N. Zaharopoulos, Staff Attorney
740 North Plankinton Avenue Suite 400
Milwaukee, WI 53203
(414) 271-3943